# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
Dawn Marie Hansen § Case No. 13-17108
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/STEVEN R. RADTKE_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-17108 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Dawn Marie Hansen | | | | Date Filed (f) or Converted (c): | 04/24/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/08/2013 |
| For Period Ending: | 02/05/2014 | | | | Claims Bar Date: | 01/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 637 S. 2Nd St., Rochelle, Il 61068, Jointly Owned With Geral | 49,000.00 | 27,692.00 | | 10,000.00 | FA |
| 2. Checking Account With Pnc Bank. | 12.00 | 0.00 | OA | 0.00 | FA |
| 3. Savings Account With Pnc Bank. | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictures | 50.00 | 0.00 | OA | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. Earrings, Watch, Costume Jewelry | 150.00 | 0.00 | OA | 0.00 | FA |
| 8. Pension W/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. A Plus Title Loans - 2001 Pontiac Grand Am. | 1,474.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $52,786.00        $27,692.00        $10,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has one half interest in property at 637 S. 2nd Street, Rochelle, IL; trustee to sell right title and interest for $10,000; order entered 12/4/13

Initial Projected Date of Final Report (TFR): 06/30/2015        Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-17108 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Dawn Marie Hansen | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5497 |
| | Checking |
| Taxpayer ID No: XX-XXX9903 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/05/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 1 | Dennis Hewitt, Attorney at Law Trust Account 1124 Lincoln Highway Rochelle, IL 61068 | Proceeds of sale of trustee's right, title and interest in real estate | 1110-000 | $10,000.00 | | $10,000.00 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $9,989.45 |
| 01/10/14 | 1001 | Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | State Tranfser Tax Advance to Hewitt & Wagner to pay State and county transfer tax which is Trustee's responsibility | 2500-000 | | $15.00 | $9,974.45 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $25.55 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $25.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $25.55 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                    Page Subtotals:                    $10,000.00          $25.55

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5497 - Checking | $10,000.00 | $25.55 | $9,974.45 |
| | $10,000.00 | $25.55 | $9,974.45 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-17108
Debtor Name: Dawn Marie Hansen
Claims Bar Date: 1/24/2014

Date: February 5, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $21.36 | $21.36 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,387.50 | $1,387.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $38.16 | $38.16 |
| 2 280 5800 | Irs Priority Debt<br>Attn: Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia, Pa 19101 | Priority | | $0.00 | $223.17 | $223.17 |
| 1 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $3,311.29 | $3,311.29 |
| 3 300 7100 | Asset Acceptance Llc Assignee<br>Citibank<br>Po Box 2036<br>Warren Mi 48090 | Unsecured | | $0.00 | $12,679.13 | $12,679.13 |
| 4 300 7100 | Asset Acceptance Llc Assignee<br>Fifth Third Bank<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $20,664.23 | $20,664.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-17108  
Debtor Name: Dawn Marie Hansen  
Claims Bar Date: 1/24/2014  

Date: February 5, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Asset Acceptance Llc Assignee Gemb/Preferred Po Box 2036 Warren, Mi 48090 | Unsecured | | $0.00 | $14,400.12 | $14,400.12 |
| 6 300 7100 | Ava Womens Health Assoc Attn: Bankruptcy Dept. 675 W North Ave Ste 101 Melrose Park, Il 60160 | Unsecured | | $0.00 | $1,611.00 | $1,611.00 |
| 7 300 7100 | American Infosource Lp As Agent For Us Cellular Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $632.08 | $632.08 |
| | Case Totals | | | $0.00 | $56,718.04 | $56,718.04 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-17108  
Case Name: Dawn Marie Hansen  
Trustee Name: STEVEN R. RADTKE

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____  
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Irs Priority Debt | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 3 | Asset Acceptance Llc Assignee Citibank | $ | $ | $ |
| 4 | Asset Acceptance Llc Assignee Fifth Third Bank | $ | $ | $ |
| 5 | Asset Acceptance Llc Assignee Gemb/Preferred | $ | $ | $ |
| 6 | Ava Womens Health Assoc | $ | $ | $ |
| 7 | American Infosource Lp As Agent For | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE