# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
Dawn Marie Hansen § Case No. 13-17108
 §
         Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

    10:30 a.m. on April 30, 2014
    in Courtroom 742, U.S. Courthouse
    219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____Kenneth S. Gardner_____
                      Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
Dawn Marie Hansen                 §    Case No. 13-17108
                                  §
            Debtor(s)             §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

|   |   |
|---|---:|
| The Final Report shows receipts of | $ 10,000.00 |
| and approved disbursements of | $ 25.55 |
| leaving a balance on hand of[1] | $ 9,974.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 21.36 | $ 0.00 | $ 21.36 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,387.50 | $ 0.00 | $ 1,387.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 38.16 | $ 0.00 | $ 38.16 |

|   |   |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,197.02 |
| Remaining Balance | $ 6,777.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 223.17  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Irs Priority Debt | $ 223.17 | $ 0.00 | $ 223.17 |
| | Total to be paid to priority creditors | | $ | 223.17 |
| | Remaining Balance | | $ | 6,554.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,297.85  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 3,311.29 | $ 0.00 | $ 407.20 |
| 3 | Asset Acceptance Llc Assignee Citibank | $ 12,679.13 | $ 0.00 | $ 1,559.21 |
| 4 | Asset Acceptance Llc Assignee Fifth Third Bank | $ 20,664.23 | $ 0.00 | $ 2,541.17 |
| 5 | Asset Acceptance Llc Assignee Gemb/Preferred | $ 14,400.12 | $ 0.00 | $ 1,770.84 |
| 6 | Ava Womens Health Assoc | $ 1,611.00 | $ 0.00 | $ 198.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | American Infosource Lp As Agent For | $ 632.08 | $ 0.00 | $ 77.73 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,554.26 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 13-17108-CAD
Dawn Marie Hansen                                                               Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Apr 02, 2014
                              Form ID: pdf006         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2014.
```
db           +Dawn Marie Hansen,    3227 Earns St,    Franklin Park, IL 60131-1503
aty          +Chill Chill & Radtke PC,    Steven R Radtke,    Chill Chill & Radtke PC,    79 W Monroe Street,
               Suite 1305,    Chicago, IL 60603-4925
20383068     +A All Payday Loans, Inc.,     Bankruptcy Department,    8261 W. Belmont,
               River Grove, IL 60171-1044
20383067     +A Plus Title Loans,    c/o Mages & Price LLC,    707 Lake Cook Rd,    Ste 314,
               Deerfield, IL 60015-4933
21198251     +Asset Acceptance LLC assignee GEMB/PREFERRED,     PO Box 2036,    Warren, MI 48090-2036
20383078     +Ava Womens Health Assoc,    Attn: Bankruptcy Dept.,    675 W North Ave,    Ste 101,
               Melrose Park, IL 60160-1622
20383048     +Blitt and Gaines, PC,    2011 M1 175130,    661 Glenn Ave.,    Wheeling, IL 60090-6017
20383047     +Clerk, First Mun Div,    Doc #11Ml175130,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
20383052     +Clerk, First Mun Div,    Doc #13 M1 118238,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
20383057     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20383058     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20383064     +Fifth Third BANK,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
20383053     +Fulton Friedman & Gullace LLP,    Bankruptcy Department,    PO Box 2123,    Warren, MI 48090-2123
20383055     +Gerald Clayton,    637 S. 2nd St,    Rochelle, IL 61068-2160
20383071     +Gottlieb Memorial Hospital,    Bankruptcy Department,    PO Box 74867,    Chicago, IL 60694-4867
20383065      Illinois State Toll Hwy Auth,    Attn: Legal Dept - Bob Lane,    2700 Ogden Ave.,
               Downers Grove, IL 60515-1703
20383070     +Juan Trejo Landscaping Service,    Attn: Bankruptcy Dept.,    PO Box 34381,
               Chicago, IL 60634-0381
20383079     +RJM Pathology Consultants,    Attn: Bankruptcy Dept.,    32520 Eagle Way,    Chicago, IL 60678-1325
20383080     +RJM Pathology Consultants,    Attn: Bankruptcy Dept.,    34520 Eagle Way,    Chicago, IL 60678-1345
20383062     +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
20383066     +Secretary of State,    Attn: Safety & Financial Resp,    2701 S. Dirksen Pkwy.,
               Springfield, IL 62723-0002
20383054     +State Farm Bank,    Attn: Bankruptcy Dept.,    425 Phillip Blvd,    Ewing, NJ 08618-1430
20383059     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20383056     +US Cellular,    C/O Bureau OF Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
20383061     +Wfnnb/Roomplace,    Attn: Bankruptcy Dept.,    Po Box 2974,    Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20383076     +E-mail/Text: g20956@att.com Apr 03 2014 00:43:44     AT&T,    Bankruptcy Dept.,    PO Box 6416,
               Carol Stream, IL 60197-6416
21347418      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2014 00:47:17
               American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
               Oklahoma City, OK 73124-8838
21198240     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 03 2014 00:42:24
               Asset Acceptance LLC assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
21198243     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 03 2014 00:42:24
               Asset Acceptance LLC assignee FIFTH THIRD BANK,    PO Box 2036,    Warren, MI 48090-2036
20383049     +E-mail/Text: bankruptcy@cashcall.com Apr 03 2014 00:43:49     Cashcall INC,
               Attn: Bankruptcy Dept.,    1600 S Douglass Rd,    Anaheim, CA 92806-5948
20383046     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 03 2014 00:42:24     Citibank Sears,
               C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
20383050     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 03 2014 00:42:24     Fifth Third BANK,
               C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
20383051     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 03 2014 00:42:24     GEMB/PREFERRED OTHER,
               C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
20383063     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2014 00:49:57     Gecrb/Care Credit,
               Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
20383069     +E-mail/Text: cio.bncmail@irs.gov Apr 03 2014 00:41:57     IRS Priority Debt,
               Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20383060     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2014 00:41:45     Kohls/Capone,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21156652      E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2014 00:42:17
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20383077     +E-mail/Text: bankruptcy@sw-credit.com Apr 03 2014 00:42:36     Southwest Credit,
               Bankruptcy Dept,    4120 International Pkwy #1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21198244*    +Asset Acceptance LLC assignee FIFTH THIRD BANK,    PO Box 2036,    Warren, MI 48090-2036
20383072*    +Gottlieb Memorial Hospital,    Bankruptcy Department,    PO Box 74867,    Chicago, IL 60694-4867
20383073*    +Gottlieb Memorial Hospital,    Bankruptcy Department,    PO Box 74867,    Chicago, IL 60694-4867
20383074*    +Gottlieb Memorial Hospital,    Bankruptcy Department,    PO Box 74867,    Chicago, IL 60694-4867
20383075*    +Gottlieb Memorial Hospital,    Bankruptcy Department,    PO Box 74867,    Chicago, IL 60694-4867
                                                                                    TOTALS: 0, * 5, ## 0
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 2               Date Rcvd: Apr 02, 2014
                              Form ID: pdf006           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2014 at the address(es) listed below:
              Frank C Hernandez     on behalf of Debtor Dawn Marie Hansen ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```