UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Dawn Marie Hansen § Case No. 13-17108
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/STEVEN R. RADTKE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | A Plus Title Loans c/o Mages & Price LLC 707 Lake Cook Rd Ste 314 |  |  |  |  |  |
| 2 | State Farm Bank Attn: Bankruptcy Dept. 425 Phillip Blvd Ewing NJ 08628 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Hewitt & Wagner | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 2 | Irs Priority Debt | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 A All Payday Loans, Inc. Bankruptcy Department 8261 W. Belmont River Grove IL 60171 | | | | | |
| | 10 Gecrb/Care Credit Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| | 11 GEMB/PREFERRED OTHER C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 Gottlieb Memorial Hospital Bankruptcy Department PO Box 74867 Chicago IL 60694 | | | | | |
| | 14 Gottlieb Memorial Hospital Bankruptcy Department PO Box 74867 Chicago IL 60694 | | | | | |
| | 15 Gottlieb Memorial Hospital Bankruptcy Department PO Box 74867 Chicago IL 60694 | | | | | |
| | 16 Gottlieb Memorial Hospital Bankruptcy Department PO Box 74867 Chicago IL 60694 | | | | | |
| | 17 Illinois State Toll Hwy Auth Attn: Legal Dept - Bob Lane 2700 Ogden Ave. Downers Grove IL 60515-1703 | | | | | |
| | 18 Juan Trejo Landscaping Service Attn: Bankruptcy Dept. PO Box 34381 Chicago IL 60634 | | | | | |
| | 19 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 AT&T Bankruptcy Dept. PO Box 6416 Carol Stream IL 60197 | | | | | |
| | 20 RJM Pathology Consultants Attn: Bankruptcy Dept. 32520 Eagle Way Chicago IL 60678 | | | | | |
| | 21 RJM Pathology Consultants Attn: Bankruptcy Dept. 34520 Eagle Way Chicago IL 60678 | | | | | |
| | 22 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | | | | |
| | 23 Secretary of State Attn: Safety & Financial Resp 2701 S. Dirksen Pkwy. Springfield IL 62723 | | | | | |
| | 24 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 25 US Cellular C/O Bureau OF Collection R 7575 Corporate Way Eden Prairie MN 55344 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 26 Wfnnb/Roomplace Attn: Bankruptcy Dept. Po Box 2974 Shawnee Mission KS 66201 | | | | | |
| | 3 Ava Womens Health Assoc Attn: Bankruptcy Dept. 675 W North Ave Melrose Park IL 60160 | | | | | |
| | 4 Cashcall INC Attn: Bankruptcy Dept. 1600 S Douglass Rd Anaheim CA 92806 | | | | | |
| | 5 Citibank Sears C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 8 Fifth Third BANK C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45263 | | | | | |
| | Blitt and Gaines, PC 2011 M1 175130 661 Glenn Ave. Wheeling IL 60090 | | | | | |
| | Clerk, First Mun Div Doc #11M1175130 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #13 M1 118238 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Fulton Friedman & Gullace LLP Bankruptcy Department PO Box 2123 Warren MI 48090 12 Gottlieb Memorial Hospital Bankruptcy Department PO Box 74867 Chicago IL 60694 | | | | | |
| | Southwest Credit Bankruptcy Dept 4120 International Pkwy #1100 Carrollton TX 75007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | American Infosource Lp As Agent For | | | | | |
| 3 | Asset Acceptance Llc Assignee Citibank | | | | | |
| 4 | Asset Acceptance Llc Assignee Fifth Third Bank | | | | | |
| 5 | Asset Acceptance Llc Assignee Gemb/Preferred | | | | | |
| 6 | Ava Womens Health Assoc | | | | | |
| 1 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-17108 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Dawn Marie Hansen | | | | Date Filed (f) or Converted (c): | 04/24/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/08/2013 |
| For Period Ending: | 08/08/2014 | | | | Claims Bar Date: | 01/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 637 S. 2Nd St., Rochelle, Il 61068, Jointly Owned With Geral | 49,000.00 | 27,692.00 | | 10,000.00 | FA |
| 2. Checking Account With Pnc Bank. | 12.00 | 0.00 | OA | 0.00 | FA |
| 3. Savings Account With Pnc Bank. | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictures | 50.00 | 0.00 | OA | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. Earrings, Watch, Costume Jewelry | 150.00 | 0.00 | OA | 0.00 | FA |
| 8. Pension W/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. A Plus Title Loans - 2001 Pontiac Grand Am. | 1,474.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $52,786.00 | $27,692.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has one half interest in property at 637 S. 2nd Street, Rochelle, IL; Trustee sold right title and interest for $10,000; order entered 12/4/13; Hrg on TFR and fee apps set for 4/30/14; approved; distribution checks were mailed 5/16/14; check to IRS returned as already paid; Trustee prepared and submitted Amended TFR to UST for review and approval; a second distribution was made on 6/30/14 (checks have since cleared and TFA will be filed after final bank statement is received)

Initial Projected Date of Final Report (TFR): 06/30/2015     Current Projected Date of Final Report (TFR): 06/30/2015

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-17108 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Dawn Marie Hansen | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5497 |
| | Checking |
| Taxpayer ID No: XX-XXX9903 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/08/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 1 | Dennis Hewitt, Attorney at Law Trust Account 1124 Lincoln Highway Rochelle, IL 61068 | Proceeds of sale of trustee's right, title and interest in real estate | 1110-000 | $10,000.00 | | $10,000.00 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $9,989.45 |
| 01/10/14 | 1001 | Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | State Transfer Tax Advance to Hewitt & Wagner to pay State and county transfer tax which is Trustee's responsibility | 2500-000 | | $15.00 | $9,974.45 |
| 05/01/14 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $8,224.45 |
| 05/01/14 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $21.36 | $8,203.09 |
| 05/01/14 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,387.50 | $6,815.59 |
| 05/01/14 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $38.16 | $6,777.43 |
| | | | Page Subtotals: | | $10,000.00 | $3,222.57 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-17108 |
| Case Name: | Dawn Marie Hansen |
| Taxpayer ID No: | XX-XXX9903 |
| For Period Ending: | 08/08/2014 |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX5497 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/14 | 1006 | Irs Priority Debt<br>Attn: Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $223.17 | $6,554.26 |
| 05/01/14 | 1007 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 12.30 % per court order. | 7100-000 | | $407.20 | $6,147.06 |
| 05/01/14 | 1008 | Asset Acceptance Llc Assignee Citibank<br>Po Box 2036<br>Warren Mi 48090 | Final distribution to claim 3 representing a payment of 12.30 % per court order. | 7100-000 | | $1,559.21 | $4,587.85 |
| 05/01/14 | 1009 | Asset Acceptance Llc Assignee Fifth Third Bank<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 4 representing a payment of 12.30 % per court order. | 7100-000 | | $2,541.17 | $2,046.68 |
| 05/01/14 | 1010 | Asset Acceptance Llc Assignee Gemb/Preferred<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 5 representing a payment of 12.30 % per court order. | 7100-000 | | $1,770.84 | $275.84 |
| 05/01/14 | 1011 | Ava Womens Health Assoc<br>Attn: Bankruptcy Dept.<br>675 W North Ave<br>Ste 101<br>Melrose Park, Il 60160 | Final distribution to claim 6 representing a payment of 12.30 % per court order. | 7100-000 | | $198.11 | $77.73 |
| 05/01/14 | 1012 | American Infosource Lp As Agent For Us Cellular<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 7 representing a payment of 12.30 % per court order. | 7100-000 | | $77.73 | $0.00 |
| 06/03/14 | 1006 | Irs Priority Debt<br>Attn: Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution to claim 2 representing a payment of 100.00 % per court order. Reversal<br>Check was returned. Claim paid in full. | 5800-000 | | ($223.17) | $223.17 |
| 06/30/14 | 1013 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 12.72 % per court order. | 7100-000 | | $13.87 | $209.30 |

| | | | Page Subtotals: | | $0.00 | $6,568.13 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 13-17108 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Dawn Marie Hansen | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5497 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9903 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/08/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/14 | 1014 | Asset Acceptance Llc Assignee Citibank<br>Po Box 2036<br>Warren Mi 48090 | Final distribution to claim 3 representing a payment of 12.72 % per court order. | 7100-000 | | $53.09 | $156.21 |
| 06/30/14 | 1015 | Asset Acceptance Llc Assignee Fifth Third Bank<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 4 representing a payment of 12.72 % per court order. | 7100-000 | | $86.52 | $69.69 |
| 06/30/14 | 1016 | Asset Acceptance Llc Assignee Gemb/Preferred<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 5 representing a payment of 12.72 % per court order. | 7100-000 | | $60.30 | $9.39 |
| 06/30/14 | 1017 | Ava Womens Health Assoc<br>Attn: Bankruptcy Dept.<br>675 W North Ave<br>Ste 101<br>Melrose Park, Il 60160 | Final distribution to claim 6 representing a payment of 12.72 % per court order. | 7100-000 | | $6.75 | $2.64 |
| 06/30/14 | 1018 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.64 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Page Subtotals:  $0.00  $209.30

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5497 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |